AO 91 (Rev. 5/85) Criminal Complaint　　　　　　　　　　　　　　　AUSA John Pavletic (312) 697-4088



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 25 CR 528 |
| IVAN CRISOSTAMO-ALLCANTAR | |

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about July 8, 2025, at Mundelein, in the Northern District of Illinois, Eastern Division, IVAN CRISOSTAMO-ALLCANTAR, defendant herein,

> being an alien who previously had been deported and removed from the United States on or about February 9, 2013, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

　　　　　　　　　　　　　　　　　　　David Fitzpatrick (DPM w/ permission)
　　　　　　　　　　　　　　　　　　　DAVID W. FITZPATRICK
　　　　　　　　　　　　　　　　　　　Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: August 29, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

City and state: Chicago, Illinois　　　　　　DANIEL P. McLAUGHLIN
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, DAVID W. FITZPATRICK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since approximately November 2004. My current responsibilities include the investigation of federal criminal violations, including those relating to deportation and aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that IVAN CRISOSTAMO-ALLCANTAR has violated 8 U.S.C. § 1326(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CRISOSTAMO-ALLCANTAR with illegal reentry into the United States by a deported alien, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that defendant committed the offense stated in the complaint.

3. The facts set forth in this affidavit are based on my personal knowledge, my training and experience, my review of records maintained by the FBI, the Department of Justice (DOJ), Customs and Border Protection (CBP), Immigrations and Customs Enforcement, other components of the Department of Homeland Security (DHS), and other government agencies, and information provided to me by various law enforcement personnel and witnesses.

4. According to DOJ and DHS records, CRISOSTAMO-ALLCANTAR is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DOJ and DHS records reflect that CRISOSTAMO-ALLCANTAR was born in Mexico in 1990.

5. According to DOJ and DHS records, on or about February 7, 2013, CBP arrested CRISOSTAMO-ALLCANTAR for alien inadmissibility under Section 212 of the Immigration and Nationality Act, 8 U.S.C. § 1182. Following his arrest, CBP fingerprinted CRISOSTAMO-ALLCANTAR and electronically uploaded the fingerprints to the National Crime Information Center (NCIC) database maintained by the Criminal Justice Information Services Division (CJIS) of the FBI. CJIS used this set of fingerprints to assign CRISOSTAMO-ALLCANTAR FBI Number 785106TD3.

6. DOJ and DHS records reflect that, on or about February 8, 2013, immigration officials determined that CRISOSTAMO-ALLCANTAR was inadmissible to the United States and ordered his removal to Mexico. DOJ and DHS records further reflect that, on or about February 9, 2013, immigration officials removed CRISOSTAMO-ALLCANTAR from the United States to Mexico at or near Nogales, Arizona. DHS Form I-296 contains CRISOSTAMO-ALLCANTAR's right index fingerprint, photograph, and signature taken upon his removal. CBP electronically uploaded this fingerprint to the NCIC database.

7. According to DHS records, CRISOSTAMO-ALLCANTAR has not applied for or received permission from the Secretary of Homeland Security to re-

enter the United States. The I-296 form warned CRISOSTAMO-ALLCANTAR that it is a crime under Title 8, United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security.

8. According to Illinois criminal history records that post-date CRISOSTAMO-ALLCANTAR's removal, on or about July 8, 2025, the Mundelein Polie Department (MPD) arrested CRISOSTAMO-ALLCANTAR for criminal sexual assault, in violation of 720 ILCS 5/11-1.20(a)(2). MPD fingerprinted CRISOSTAMO-ALLCANTAR and electronically uploaded the fingerprints to the NCIC database.

9. According to the NCIC database, the fingerprints collected on July 8, 2025, February 9, 2013, and February 7, 2013, all identify the same person—CRISOSTAMO-ALLCANTAR.

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about July 8, 2025, at Mundelein, in the Northern District of Illinois, Eastern Division, IVAN CRISOSTAMO-ALLCANTAR, being an alien removed from the United States on or about February 9, 2013, was found in the United States without previously having obtained the express consent of the Secretary of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

David Fitzpatrick (DPM w/ permission)
DAVID W. FITZPATRICK
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone on August 29, 2025.

DANIEL P. McLAUGHLIN
United States Magistrate Judge